2:19 CV 42

# FILING FEE

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 2
Receipt Number: 200025821
Cashier ID: jelizald
Transaction Date: 08/02/2019
Payer Name: CFJ DOEBBLER
----------------------------------
WRIT OF HABEAS CORPUS
 For: CFJ DOEBBLER
 Amount:        $5.00
----------------------------------
PAPER CHECK
 Remitter: CFJ DOEBBLER
 Check/Money Order Num: 26130925383
 Amt Tendered: $5.00
----------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

FILING FEE FOR

WRIT OF HABEAS CORPUS
2:19-CV-0042
```