IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**F I L E D**

AUG 6 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| ALEJANDRO GOMEZ NUNES, <br>     Detainee, Uvalde Border Patrol <br>     Station By His Next Friend; <br> <br> LADY VANESSA MORENO <br> NOLASCO, <br>     Petitioner, As Next Friend of <br>     Alejandro Gomez Nunes, <br> <br> v. <br> <br> KEVIN K. MCALEENAN, Acting <br> Secretary, United States Department <br> of Homeland Security; MARK <br> MORGAN, Acting Commissioner, <br> United States Customs and Border <br> Protection; FELIX CHAVEZ, Chief <br> Border Patrol Agent, Del Rio Sector; <br> CESAR ESCAJEDA, Chief Border <br> Patrol Agent, Uvalde Station, <br>     Respondents. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. DR-19-CV-42-AM |

## ORDER

Pending before the Court is the Petitioner's Petition for Writ of Habeas Corpus. (ECF No. 1.) The Petitioner requests that this Court "[i]ssue the writ of habeas corpus and order the Respondents to show cause within three days of filing this petition, why the relief Petitioner seeks should not be granted; . . ." (*Id.* at 13.) Pursuant to 28 U.S.C. § 2243, "[a] court . . . entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted. . . ." Further, "[t]he writ, or order to show cause . . . shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."

Upon review of the Petitioner's request, the Court hereby **ORDERS** that the Respondents show cause as to why the Detainee, ALEJANDRO GOMEZ NUNES, has not been placed in a long-term detention facility pending either criminal or administrative removal proceedings, within three days of the issuance of this Order.

SIGNED on this ___6th___ day of August, 2019.

_____
ALIA MOSES
United States District Judge

2