IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ALEJANDRO GOMEZ NUNES,<br>　　Detainee, Uvalde Border Patrol<br>　　Station By His Next Friend;<br><br>LADY VANESSA MORENO<br>NOLASCO,<br>　　Petitioner, As Next Friend of<br>　　Alejandro Gomez Nunes,<br><br>v.<br><br>KEVIN K. MCALEENAN, Acting<br>Secretary, United States Department<br>of Homeland Security; MARK<br>MORGAN, Acting Commissioner,<br>United States Customs and Border<br>Protection; FELIX CHAVEZ, Chief<br>Border Patrol Agent, Del Rio Sector;<br>CESAR ESCAJEDA, Chief Border<br>Patrol Agent, Uvalde Station,<br>　　Respondents. | Civil Action No. DR-19-CV-42-AM |

## ORDER

On August 6, 2019, the Court ordered the Respondents in the above-captioned case to show cause as to why the Detainee has not been placed in a long-term facility based on the Detainee and the Petitioner's Petition for Writ of Habeas Corpus. (ECF Nos. 1, 4.)

The Court now **ORDERS** the Detainee and the Petitioner to serve the Respondents no later than **August 9, 2019**. The Respondents are **ORDERED** to respond to the show cause order no later than 3 days from the date of service. The Court **FURTHER ORDERS** the Detainee and Petitioner to notify the Court when the Respondents have been properly served.

Finally, the Court **ORDERS** counsel for the Petitioner, Ms. Karen Hoffman, to file her motion for *pro hac vice* admission no later than **August 9, 2019**.

SIGNED on this 6th day of August, 2019.

_____
ALIA MOSES
United States District Judge