# EXHIBIT A

```
EJ 094 536 118 US

                    CONTINENTAL
              615 CHESTNUT ST LBBY
             PHILADELPHIA, PA 19106-9997
                    416594-0114
                   (800)275-8777
              08/08/2019 03:56 PM
========================================
========================================
Product               Qty   Unit    Price
                            Price

PM Exp 1-Day            1   $30.50  $30.50
Flat Rate Env
  (Domestic)
  (SAN ANTONIO, TX  78216)
  (Flat Rate)
  (Signature Requested)
  (Scheduled Delivery Day)
  (Friday 08/09/2019 10:30 AM)
  (Money Back Guarantee)
  (USPS Tracking #)
  (EJ094536118US)
PM Exp Insurance                    $0.00
  (Up to $100.00 included)
----------------------------------------
Total:                             $30.50
----------------------------------------

Debit Card Remit'd                 $30.50
  (Card Name:VISA)
  (Account #:XXXXXXXXXXXX1212)
  (Approval #)
  (Transaction #:017)
  (Receipt #:015810)
  (Debit Card Purchase:$30.50)
  (Cash Back:$0.00)
  (AID:A0000000980840        Chip)
  (AL:US DEBIT)
  (PIN:Verified              DEBIT)
----------------------------------------

Includes up to $100 insurance
```

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**



EP13F July 2013   OD: 12.5 x 9.5



PS10001000006

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( 412 ) 916-4509

Karen Haffmann
Syrena Law
128 Chestnut St. Ste. 301A
Philadelphia, PA 19106

**DELIVERY OPTIONS (Customer Use Only)**

☒ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☒ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( 210 ) 384-7325

John F. Paniszczyn
U.S. Attorney's office
601 NW Loop 410 #600
San Antonio, TX

**ZIP + 4® (U.S. ADDRESSES ONLY)**

7 8 2 1 6 - 5 5 1 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**



† Money Back Guarantee for U.S. destin

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE