AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas



LADY VANESSA MORENO NOLASCO, As
Next Friend of ALEJANDRO GOMEZ NUNES,
Petitioner,

v.

KEVIN K. MCALEENAN, MARK MORGAN,
FELIX CHAVEZ, AND CESAR ESCAJEDA,
Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-19-CV-42-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the above-captioned cause of action is DISMISSED WITHOUT PREJUDICE. It is further ORDERED that the Clerk of Court shall close the case and terminate all pending motions.

| 11/20/2019 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |